UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROSS, LEE M | § | Case No. 10-26441 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 03/14/2014  in Courtroom ,
            North Branch Court
            1792 Nicole Lane
            Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                        Clerk, U. S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ROSS, LEE M § Case No. 10-26441
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 105.91 |
| leaving a balance on hand of[1] | $ | 4,894.09 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,416.67 | $ 0.00 | $ 1,416.67 |
| Trustee Expenses: JOSEPH E. COHEN | $ 34.28 | $ 0.00 | $ 34.28 |
| Attorney for Trustee Fees: COHEN & KROL | $ 2,105.75 | $ 0.00 | $ 2,105.75 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 5.24 | $ 5.24 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,556.70 |
| Remaining Balance | | $ | 1,337.39 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,282.47 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Quantum3 Group LLC as agent for MOMA Funding LLC PO Box 788 Kirkland, WA 98083-0788 | $ 895.83 | $ 0.00 | $ 43.91 |
| 000003 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 2,584.60 | $ 0.00 | $ 126.70 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Ford Motor Credit Company LLC dba Land Rover Capital Group C/O Freedman Anselmo Lindberg LLC PO Box 3216 Naperville IL 60566-9713 | $ 4,208.49 | $ 0.00 | $ 206.30 |
| 000005 | Ford Motor Credit Company LLC dba Land Rover Capital Group C/O Freedman Anselmo Lindberg LLC PO Box 3216 Naperville IL 60566-9713 | $ 5,174.59 | $ 0.00 | $ 253.66 |
| 000006 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 3,271.10 | $ 0.00 | $ 160.35 |
| 000007 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 9,381.51 | $ 0.00 | $ 459.88 |
| 000008 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 1,766.35 | $ 0.00 | $ 86.59 |

Total to be paid to timely general unsecured creditors     $     1,337.39

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph E. Cohen
                              Trustee

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                              Case No. 10-26441-ABG
Lee M Ross                                                          Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: froman                 Page 1 of 2        Date Rcvd: Feb 12, 2014
                              Form ID: pdf006              Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2014.
db           #+Lee M Ross,    690 Vernon,    Glencoe, IL 60022-1692
aty           +Cohen & Krol,   Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
15703317    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     PO Box 85520,    Richmond VA 23285)
15703316    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
             (address filed with court: Chase Bank,     PO Box 1093,    Northridge CA 91328)
19935393       Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC 28272-1083
15704086      +Chase Bank USA NA,    201 N Walnut St,    DE 1/027,    Wilmingto DE 19801-2920
15704080      +Citi,   PO Box 6241,    Sioux Falls SD 57117-6241
15704089      +Citi-Citgo,   PO Box 6497,    Sioux Falls SD 57117-6497
19895386      +Ford Motor Credit Company LLC,     dba Land Rover Capital Group,
                C/O Freedman Anselmo Lindberg LLC,    PO Box 3216,    Naperville IL 60566-7216
15704081      +Land RVR,   25 Braintree Hill Park S,     Braintree MA 02184-8702
15704082      +Medical Business Bureau,    1460 Renaissance Dr,    Park Ridge IL 60068-1349
15703319      +Receivables Performance,    20816 44th Ave W,    Lynwood WA 98036-7744
15703494      +SST/Columbus Bank & Trust,    PO Box 3997,    Saint Joseph MO 64503-0997
15704077      +TNB Target,   PO Box 673,    Minneapolis MN 55440-0673
15704076     #+The Bureau Inc,    1717 Central St,    Evanston IL 60201-1507
15704084      +Verizon Wireless/Great,    1515 Woodfoeld RD,    Ste 140,    Schaumburg IL 60173-5443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15704079      +E-mail/Text: bnc-applied@quantum3group.com Feb 12 2014 21:21:17     Applie Bank,
                601 Delaware Ave,   Wilmington DE 19801-1462
15704087      +E-mail/Text: ally@ebn.phinsolutions.com Feb 12 2014 21:19:35     GMAC,   15303 S 94th Ave,
                Orland Park IL 60462-3825
15839906      +E-mail/Text: ally@ebn.phinsolutions.com Feb 12 2014 21:19:35     GMAC,   PO BOX 130424,
                Roseville MN 55113-0004
15703318      +E-mail/Text: Bankruptcy@icsystem.com Feb 12 2014 21:20:40     IC System Inc,   PO Box 64378,
                Saint Paul MN 55164-0378
19894888      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 12 2014 21:22:33
                PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
15704088      +E-mail/Text: patti@peoplesenergycu.org Feb 12 2014 21:21:18     Peoples Energy,   130 E Randolph,
                Chicago IL 60601-6302
19888533       E-mail/Text: bnc-quantum@quantum3group.com Feb 12 2014 21:20:20
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
15704078       E-mail/PDF: cbp@slfs.com Feb 12 2014 21:25:24     American General Finance,   3632 W 95th Street,
                Evergreen Park IL 60805
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15704085*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank USA,     PO Box 85015,   Richmond VA 23285-5075)
15704083    ##+Nationwide Credit & Co,    815 Commerce Dr,   Ste 100,    Oakbrook IL 60523-8839
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: froman               Page 2 of 2                   Date Rcvd: Feb 12, 2014
                               Form ID: pdf006            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2014 at the address(es) listed below:
              Bernard J Conway    on behalf of Debtor Lee M Ross bjc@bernardjconway.com
              Daniel K Robin    on behalf of Debtor Lee M Ross danatlaw@aol.com
              Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen, Tr.    on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Josephine J Miceli    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Long Beach Mortgage Trust 2006-WL3 jmiceli@fisherandshapirolaw.com
              Kathryn  Gleason    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               Kathryn.M.Gleason@usdoj.gov
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Yan  Teytelman    on behalf of Trustee Joseph E Cohen yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                             TOTAL: 11
```