# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                  §
                                        §
ROSS, LEE M                             §        Case No. 10-26441
                                        §
            Debtor(s)                   §
_____

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN _____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | GMAC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000007 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000008 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| 000005 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:  1

Exhibit 8

| Case No: | 10-26441  ABG  Judge: A. BENJAMIN GOLDGAR | | |
|---|---|---|---|

| Case Name: | ROSS, LEE M |
|---|---|

For Period Ending:  04/15/14

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 06/11/10 (f) |
| 341(a) Meeting Date: | 07/26/10 |
| Claims Bar Date: | 03/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. REAL ESTATE | 200,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. CASH | 100.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 5. APPAREL | 200.00 | 0.00 | | 0.00 | 0.00 |
| 6. PARTNERSHIP | 0.00 | 5,000.00 | | 0.00 | 0.00 |
| 7. PHOTOGRAPHIC EQUIPMENT | 2,000.00 | 2,000.00 | | 6,666.67 | FA |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $203,800.00 | $7,000.00 | | $6,666.67 | $0.00 |
|  | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS FILED MOTION FOR TURNOVER OF EQUIPMENT WHICH WAS GRANTED.  DEBTOR HAS NOT YET COMPLIED.  TRUSTEE RECEIVED
PAYMENT BUT THE CHECK BOUNCED.  REMEDIES BEING PURSUED.  THE DEBTOR IS REFINANCING HIS HOUSE AND WILL MAKE BOUNCED CHECK
GOOD AT CLOSING.
TRUSTEE FINALLY RECEIVED THE $5,000.00 OWED TO THE ESTATE.  TRUSTEE IS WAITING FOR BAR DATE TO EXPIRE.  TRUSTEE IS
PREPARING HIS FINAL REPORT.   TRUSTEE HAS SUBMITTED HIS FINAL REPORT TO THE UST FOR REVIEW - January 15, 2014.

Initial Projected Date of Final Report (TFR): 02/28/13      Current Projected Date of Final Report (TFR): 01/31/14

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-26441  -ABG |
| Case Name: | ROSS, LEE M |
| | |
| Taxpayer ID No: | *******0026 |
| For Period Ending: | 04/15/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2242  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/18/12 | 7 | Douglas Wexler | | 1129-000 | 5,000.00 | | 5,000.00 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.23 | 4,998.77 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.18 | 4,995.59 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.08 | 4,992.51 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.18 | 4,989.33 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,979.33 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 5.24 | 4,974.09 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,964.09 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,954.09 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,944.09 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,934.09 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,924.09 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,914.09 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,904.09 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,894.09 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,884.09 |
| 03/17/14 | 300002 | JOSEPH E. COHEN | Chapter 7 Compensation/Fees | 2100-000 | | 1,416.67 | 3,467.42 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 03/17/14 | 300003 | JOSEPH E. COHEN | Chapter 7 Expenses | 2200-000 | | 34.28 | 3,433.14 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 03/17/14 | 300004 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 1,403.83 | 2,029.31 |

| | | Page Subtotals | 5,000.00 | 2,970.69 |
|---|---|---|---|---|

Page: 2

**Exhibit 9**

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 10-26441  -ABG |
| Case Name: | ROSS, LEE M |

Taxpayer ID No: *******0026
For Period Ending: 04/15/14

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2242  Checking Account |

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/17/14 | 300005 | JOSEPH E. COHEN | Attorney for Trustee Fees (Trustee | 3110-000 | | 701.92 | 1,327.39 |
| 03/17/14 | 300006 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000002, Payment 4.86588%<br>(2-1) Unsecured Debt | 7100-000 | | 43.59 | 1,283.80 |
| 03/17/14 | 300007 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 4.86536% | 7100-000 | | 125.75 | 1,158.05 |
| 03/17/14 | 300008 | Ford Motor Credit Company LLC<br>dba Land Rover Capital Group<br>C/O Freedman Anselmo Lindberg LLC<br>PO Box 3216<br>Naperville IL 60566-9713 | Claim 000004, Payment 4.86540% | 7100-000 | | 204.76 | 953.29 |
| 03/17/14 | 300009 | Ford Motor Credit Company LLC<br>dba Land Rover Capital Group<br>C/O Freedman Anselmo Lindberg LLC<br>PO Box 3216<br>Naperville IL 60566-9713 | Claim 000005, Payment 4.86531%<br>(5-1) 2004 Land Rover - Deficiency | 7100-000 | | 251.76 | 701.53 |
| 03/17/14 | 300010 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000006, Payment 4.86534% | 7100-000 | | 159.15 | 542.38 |
| 03/17/14 | 300011 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000007, Payment 4.86531% | 7100-000 | | 456.44 | 85.94 |
| 03/17/14 | 300012 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000008, Payment 4.86540% | 7100-000 | | 85.94 | 0.00 |

Page Subtotals        0.00        2,029.31

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2                                                                                                    Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-26441  -ABG | |
| Case Name: | ROSS, LEE M | |
| | | |
| Taxpayer ID No: | *******0026 | |
| For Period Ending: | 04/15/14 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2242  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,000.00 | 5,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,000.00 | 5,000.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,000.00 | 5,000.00 | |

Page Subtotals                0.00              0.00

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2                                                                    Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                         Exhibit 9

Case No:          10-26441  -ABG                    Trustee Name:        JOSEPH E. COHEN
Case Name:        ROSS, LEE M                       Bank Name:           BANK OF AMERICA, N.A.
                                                    Account Number / CD #:  *******1799  Money Market Account (Interest Earn
Taxpayer ID No:   *******0026
For Period Ending: 04/15/14                         Blanket Bond (per case limit):  $ 5,000,000.00
                                                    Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/07/11 | 7 | LEE ROSS | | 1129-000 | 1,666.67 | | 1,666.67 |
| 05/05/11 | | 22222 | CHECK RETURNED FROM BANK | 1129-000 | | 1,666.67 | 0.00 |

COLUMN TOTALS                          1,666.67      1,666.67         0.00
       Less:  Bank Transfers/CD's          0.00          0.00
Subtotal                               1,666.67      1,666.67
       Less:  Payments to Debtors                         0.00
Net                                    1,666.67      1,666.67

                                                        NET          ACCOUNT
TOTAL - ALL ACCOUNTS         NET DEPOSITS      DISBURSEMENTS        BALANCE
Checking Account - *******2242      5,000.00       5,000.00           0.00
Money Market Account (Interest Earn - *******1799    1,666.67    1,666.67    0.00
                         ----------------  ----------------  ----------------
                               6,666.67       6,666.67           0.00
                         ================  ================  ================
                         (Excludes Account  (Excludes Payments  Total Funds
                             Transfers)       To Debtors)      On Hand

Page Subtotals                              1,666.67      1,666.67

Ver: 18.00a
LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 11)*